**FILED**

FEB 11 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | |
| v. | SEALING ORDER |
| 2008 Infiniti Sedan, Color: Silver<br>License Plate Number: 6GLR121<br>VIN: JT6HF10U3X0089509 | 2:14-SW-0081  CKD |

**SEALED**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 2/11/2014

_____
CAROLYN K. DELANEY
United States Magistrate Judge