BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
FEB 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-SW-0081 CKD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| v. | |
| 2008 Infiniti Sedan, Color: Silver License Plate Number 6GLR121 VIN: JT6HF10U3X0089509 | |

The government's request to unseal the Search Warrant, Search Warrant Affidavit is

GRANTED.

Dated: February 21, 2014

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge